Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, AND FREDA B. LYNCH on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMERICA BANK,<br><br>Defendant. | Case No. 2:18-cv-00103-DMG-KS<br><br>**RESPONSE TO NOTICE RE PRO HAC VICE APPLICATIONS** |

1  Plaintiffs filed their Class Action Complaint on January 4, 2018.  Doc. 1.  On January 8, 2018, the Court entered a Notice of Pro Hac Vice Application Due for non-resident attorneys Scott Silver and Jeffrey Sonn, instructing counsel to respond within 5 business days.  Docs. 7, 8.  Mr. Silver's application was filed on January 12, 2018, and granted by the Court on January 16, 2018.  Doc. 12.

Mr. Sonn is currently in the process of obtaining the certificates of standing required for his pro hac vice application.  Plaintiffs respectfully request that Mr. Sonn be permitted to submit his application as soon as he obtains the required certificates.  Mr. Sonn's application will be filed without delay, and no later than January 30, 2018.

Respectfully submitted,

Dated: January 16, 2018    By:   /s/ *Elizabeth A. Kramer*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: 415.981.4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com


Jeff S. Westerman (State Bar No. 94559)
**WESTERMAN LAW CORP.**
1875 Century Park East, Suite 2200
Los Angeles, CA  90067
Telephone: 310.698.7880
Email: jwesterman@jswlegal.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scott L. Silver (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954.755.4799
Email: ssilver@silverlaw.com

Jeffrey R. Sonn (*pro hac vice* forthcoming)
**SONN LAW GROUP P.A.**
One Turnberry Place
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
Telephone: 305.912.3000
Email: jsonn@sonnlaw.com

*Attorneys for Plaintiffs*