Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, AND FREDA B. LYNCH on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>COMERICA BANK,<br><br>              Defendant. | Case No. 2:18-cv-00103-DMG-KS<br><br>**NOTICE OF RELATED CASES** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 83-1.3, Plaintiffs Jay Beynon Family Trust DTD 10/23/1998, Richard J. Carli, Lois M. Carli, Albert M. Lynch, and Freda B. Lynch, hereby give notice of two related cases:

**1)** ***Robert J. Prince et al v. Comerica Bank***, No. 2:18-cv-00430-JFW-JC (C.D. Cal. filed Jan. 17, 2018) (the "*Prince*" action).

**2)** ***Landman et al v. Comerica Bank***, 2:18-cv-00471(C.D. Cal. filed Jan. 18, 2018) (the "*Landman*" action).

**Factual Statement**

The above-listed actions and this action (1) arise from the same or a closely related transaction, happening, or event, and (2) call for determination of the same or substantially related or similar questions of law and fact.  This action and those listed above involve substantial factual overlap relating to a large investment fraud allegedly perpetrated by real estate developer Robert H. Shapiro and his Woodbridge group of companies.  The present action, filed on January 4, 2018, is brought by plaintiffs in California, North Carolina, and South Carolina who invested in Woodbridge, and asserts class action claims against Comerica for aiding and abetting fraud, aiding and abetting breach of fiduciary duty, negligence, and violations of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq*.  The *Prince* action was filed on January 17, 2018, and asserts class action claims against Comerica for aiding and abetting fraud, aiding and abetting breach of fiduciary duty, negligence, gross negligence, unjust enrichment, violations of the Unfair Competition Law, and violations of California Corporations Code § 25504.1, on behalf of investors in Pennsylvania and Tennessee.  The *Landman* action was filed on January 18, 2018, and asserts class action claims against Comerica for aiding and abetting fraud, aiding and abetting breach of fiduciary duty, and negligence, on behalf of investors in Nevada.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: January 19, 2018 | By:     /s/ *Daniel C. Girard* |

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: 415.981.4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com

Scott L. Silver (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954.755.4799
Email: ssilver@silverlaw.com

Jeffrey R. Sonn (*pro hac vice* forthcoming)
**SONN LAW GROUP P.A.**
One Turnberry Place
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
Telephone: 305.912.3000
Email: jsonn@sonnlaw.com

*Attorneys for Plaintiffs*

2
NOTICE OF RELATED CASES
CASE NO. 2:18-cv-00103-DMG-KS