1  Daniel C. Girard (State Bar No. 114826)
2  Jordan Elias (State Bar No. 228731)
3  Adam E. Polk (State Bar No. 273000)
4  Elizabeth A. Kramer (State Bar No. 293129)
   **GIRARD GIBBS LLP**
5  601 California Street, Suite 1400
   San Francisco, California 94108
6  Tel: (415) 981-4800
7  Email: dcg@girardgibbs.com
   Email: je@girardgibbs.com
8  Email: aep@girardgibbs.com
9  Email: eak@girardgibbs.com

10 *Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, AND FREDA B. LYNCH on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br>  v.<br><br>COMERICA BANK, NINA PEDERSEN, KIMBERLY A. PELGER, CATHY JONES, TACARA DEGLEY, DIANA BALAYAN, LIANNA IRANOSSIAN, ADRIANE MOFFIT, and YOLANDA SANDOVAL,<br><br>              Defendants. | Case No. 18-cv-00103-DMG-KS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a) OF NINA PEDERSEN, KIMBERLY A. PELGER, CATHY JONES, TACARA DEGLEY, , DIANA BALAYAN, LIANNA IRANOSSIAN, ADRIANE MOFFIT, AND YOLANDA SANDOVAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jay Beynon Family Trust Dtd 10/23/1998, Richard J. Carli, Lois M. Carli, Albert M. Lynch, and Freda B. Lynch dismiss Defendants Nina Pedersen, Kimberly A. Pelger, Cathy Jones, Tacara Degley, Diana Balayan, Lianna Iranossian, Adriane Moffit, and Yolanda Sandoval from this action without prejudice.

Respectfully submitted,

Dated: March 15, 2018           By:      /s/ *Daniel C. Girard*

Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: 415.981.4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com

Scott L. Silver (*pro hac vice*)
**SILVER LAW GROUP**
11780 W. Sample Road
Coral Springs, FL 33065
Telephone: 954.755.4799
Email: ssilver@silverlaw.com

Jeffrey R. Sonn (*pro hac vice*)
**SONN LAW GROUP P.A.**
One Turnberry Place
19495 Biscayne Blvd., Suite 607
Aventura, FL 33180
Telephone: 305.912.3000
Email: jsonn@sonnlaw.com

Jeffrey C. Schneider (*pro hac vice*)
Lawrence A. Kellogg (*pro hac vice*)
Jason Kellogg (*pro hac vice*)
**Levine Kellogg Lehman Schneider & Grossman LLP**
201 South Biscayne Boulevard
22nd Floor, Miami Center
Miami, Florida 33131
Telephone: 305.403.8788
Email: jcs@lklsg.com
Email: lak@lklsg.com
Email: jk@lklsg.com

*Attorneys for Plaintiffs*

2
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 18-cv-00103-DMG-KS