**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, and FREDA B. LYNCH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMERICA BANK, NINA PEDERSEN, KIMBERLY A. PELGER, DONNA M. LOMBARDO, JANINE M. FLEIGLE, CATHY JONES, TACARA DEGLEY, ANNETTE DO, DIANA BALAYAN, LIANNA IRANOSSIAN, ADRIANE MOFFIT, and YOLANDA SANDOVAL,<br><br>Defendants. | Case No.: CV 18-103-DMG (KSx)✓<br><br>**ORDER GRANTING MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD COUNSEL [31]**<br><br>Related Cases:<br>CV 18-430-DMG (KSx)<br><br>CV 18-471- DMG (MRWx)<br><br>CV 18-1298-DMG (KSX) |

Upon review of the unopposed Motion for Consolidation and Appointment of Lead Counsel, filed by Plaintiffs Jay Beynon Family Trust DTD 10/23/1998, Richard J. Carli, Lois M. Carli, Albert M. Lynch, and Freda B. Lynch, and for good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS** as follows:

1. The following Actions pending in this District shall be consolidated for all purposes, including pretrial proceedings, trial, and appeal, pursuant to Federal Rule of Civil Procedure 42(a) (hereafter the "Consolidated Action"):

    a. *Jay Beynon Family Trust DTD 10/23/1998, et al. v. Comerica Bank, et al.*, No.: CV 18-103-DMG (KSx);

    b. *Robert J. Prince, et al. v. Comerica Bank*, No.: CV 18-430-DMG (KSx);

    c. *Lloyd Landman, et al. v. Comerica Bank*, No.: CV 18-471- DMG (MRWx); and

    d. *Alan Gordon, et al v. Comerica Bank, et al*, No.: CV 18-1298-DMG (KSx).

2. All papers filed in the Consolidated Action must be filed under Case No.: CV 18-103-DMG (KSx), the number assigned to the first-filed case, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| *IN RE WOODBRIDGE INVESTMENTS LITIGATION* | Case No.: CV 18-103-DMG (KSx) |
|---|---|

3. The case file for the Consolidated Action will be maintained under Master File No.: CV 18-103-DMG (KSx).

4. The Clerk is directed to administratively close the following related cases:

      a.    *Robert J. Prince, et al. v. Comerica Bank*, No.: CV 18-430-DMG (KSx);

      b.    *Lloyd Landman, et al. v. Comerica Bank*, No.: CV 18-471-DMG (MRWx); and

      c.    *Alan Gordon, et al v. Comerica Bank, et al*, No.: CV 18-1298-DMG (KSx).

5.    The parties shall bring to the Court's attention any action subsequently filed, transferred or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action in order that the Court can make a determination as to whether it will be included in the Consolidated Action.

6.    The Court appoints Girard Gibbs LLP as Lead Counsel, and to serve as interim class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

7.    Pursuant to this structure, Lead Counsel shall have the authority to perform or delegate the following tasks on behalf of all plaintiffs in the Consolidated Action:

      a.    directing, coordinating, and supervising the prosecution of plaintiffs' claims in the Consolidated Action;

      b.    initiating, responding to, scheduling, briefing, and arguing all motions;

      c.    appearing at all hearings and conferences regarding the case;

      d.    determining the scope, order, and conduct of all discovery proceedings;

      e.    assigning work to plaintiffs' counsel in the Consolidated Action, as necessary and appropriate;

      f.    retaining experts;

      g.    communicating with the Court;

      h.    communicating with opposing counsel;

      i.    facilitating coordination and communications among counsel for the parties and the Court;

      j.      conducting settlement negotiations on behalf of named plaintiffs and the class;

      k.      collecting and reviewing time and expense records from all plaintiffs' counsel on a monthly basis, or as provided for under any Court-approved protocol;

      l.      coordinating activities to avoid duplication and inefficiency in the filing, serving, and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and, generally, in the litigation; and

      m.      performing such other duties that may be incidental to proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court.

8. The Court appoints Wolf Haldenstein Adler Freeman & Herz LLP; Berger & Montague, P.C.; Cohen Milstein Sellers & Toll PLLC; Sonn Law Group; and Levine Kellogg Lehman Schneider & Grossman LLP as an Executive Committee. The Executive Committee will, at the direction of Lead Counsel, assist with (a) the conduct of discovery; (b) research and drafting in connection with motion practice; (c) identifying and working with experts; (d) appearances at hearings and conferences with the Court; (e) the timing and substance of any settlement negotiations with the defendants (or potential defendants); and (f) other matters concerning prosecuting or resolving these cases.

9. Within 14 days after entry of this Order, the parties will propose a case schedule that includes a date for the filing of a consolidated complaint and a deadline for defendants to respond.

10. Defendants need not respond to any complaint pending in the Consolidated Action except the consolidated complaint.

11. This Order is entered without prejudice to the right of any party who has not appeared in or been made a party to this action to contest any portion thereof.

1         The April 6, 2018 hearing is **VACATED**.
2    **IT IS SO ORDERED.**
3
4    DATED:  April 4, 2018                              _____
5                                                                          DOLLY M. GEE
                                                              UNITED STATES DISTRICT JUDGE