Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Adam E. Polk (State Bar No. 273000)
Elizabeth A. Kramer (State Bar No. 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Tel: (415) 981-4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com

*Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| *IN RE WOODBRIDGE INVESTMENTS LITIGATION* | Case No.: CV 18-00103-DMG (KSx) <br><br> **STIPULATION RE SCHEDULING ORDER** <br><br> Hon. Dolly M. Gee |

1  WHEREAS, on April 4, 2018 the Court entered an Order Granting Plaintiffs' Motion for Consolidation and Appointment of Lead Counsel (Dkt. No. 39);

WHEREAS, the Order instructed the Parties to propose, within 14 days, a case schedule that includes a date for the filing of a consolidated complaint and a deadline for Defendant to respond (*id.* at 4);

WHEREAS, the Parties have met and conferred and reached agreement with respect to the deadlines proposed herein;

NOW THEREFORE, the Parties, through their respective counsel and subject to the Court's approval, hereby stipulate that:

1. Plaintiffs will file their consolidated complaint by June 28, 2018;
2. Defendant will respond by August 13, 2018;

The Parties further agree that if Defendant responds to the complaint by motion:

3. Plaintiffs will file their opposition by September 10, 2018;
4. Defendant will file its reply by October 1, 2018; and
5. The Parties propose that a hearing on the motion be set for October 12, or October 26, 2018, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

Dated: April 18, 2018

By: */s/ Daniel C. Girard*

Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Adam E. Polk (SBN 273000)
Elizabeth A. Kramer (SBN 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: 415.981.4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com

STIPULATION RE SCHEDULING ORDER
Case No. CV 18-00103-DMG (KSx)

Email: eak@girardgibbs.com

*Lead Counsel for Plaintiffs*

Dated: April 18, 2018                By: */s/ Stephen R. Smerek*

Stephen R. Smerek (SBN 208343)
ssmerek@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Thomas B. Walsh IV (*pro hac vice*)
twalsh@winston.com
**WINSTON & STRAWN LLP**
2501 N. Harwood Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

*Counsel for Defendant*

       Pursuant to Local Rule 5-4.3.4, I, Daniel C. Girard, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                By: */s/ Daniel C. Girard*