UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| *IN RE WOODBRIDGE INVESTMENTS LITIGATION* | Case No.: CV 18-103-DMG (KSx)<br><br>**ORDER RE JOINT STIPULATION CONCERNING DISCOVERY [44]** |

Having reviewed and considered the Parties' Joint Stipulation Concerning Discovery (the "Stipulation") and good cause appearing from the same,

IT IS HEREBY ORDERED THAT:

1.   Plaintiffs may obtain the production of the materials that the Debtor provided to the SEC and other relevant documents in the possession, custody or control of the Debtor, and Plaintiffs shall provide any such production to Comerica contemporaneously upon receipt.  Should the Debtor require service of a subpoena as a condition to production of any Woodbridge documents, Comerica shall not oppose service of a subpoena on the Debtor for production of the materials provided to the SEC, and Comerica further shall not oppose service of a subpoena on the Debtor for production of any other materials as premature.  Comerica reserves all rights to challenge the substance or scope of any subpoena served on the Debtor.

2.     Subject to No. 6 below, no discovery will commence against Plaintiffs or Comerica until after the anticipated date for a hearing on Comerica's motion to dismiss scheduled for October 26, 2018.

3.     The Parties shall cooperate in promptly submitting a protective order, with a Federal Rule of Evidence 502 provision, to this Court for approval.

4.     If Comerica moves to dismiss, Plaintiffs will not serve discovery on Comerica before the hearing on Comerica's motion scheduled for October 26, 2018.

5.     If the Court does not hold a hearing on Comerica's motion to dismiss on October 26, 2018, the Parties may serve discovery after that date.

6.     If Comerica serves an answer to the forthcoming complaint and does not move to dismiss, the Parties may serve discovery after the date of service of Comerica's answer.

7.     Exchange of initial disclosures by the Parties will be deferred pending commencement of discovery directed at Comerica by Plaintiffs or until the commencement of discovery directed at Plaintiffs by Comerica.

8.     Except as otherwise provided, the Parties reserve all other rights.

9.     This stipulation and agreement will apply equally to this consolidated action and all other cases that may hereinafter be consolidated into this consolidated action, including but not limited to *Mark Baker, et al. v. Comerica Bank, et al.*, Civil Action No. CV 18-3533-DMG.

**IT IS SO ORDERED.**

DATED:  May 1, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE