| | |
|---|---|
| Daniel C. Girard (State Bar No. 114826)<br>Jordan Elias (State Bar No. 228731)<br>Adam E. Polk (State Bar No. 273000)<br>Elizabeth A. Kramer (State Bar No. 293129)<br>**GIRARD GIBBS LLP**<br>601 California Street, Suite 1400<br>San Francisco, California 94108<br>Tel: (415) 981-4800<br>Email: dcg@girardgibbs.com<br>Email: je@girardgibbs.com<br>Email: aep@girardgibbs.com<br>Email: eak@girardgibbs.com<br><br>*Lead Counsel for Plaintiffs* | **WINSTON & STRAWN LLP**<br>Stephen R. Smerek (208343)<br>333 South Grand Avenue Suite 3800<br>Los Angeles, CA 90071<br>Email: ssmerek@winston.com<br><br>Thomas B. Walsh, IV (*pro hac vice*)<br>2501 North Harwood Street 17th Floor<br>Dallas, TX 75201<br>Telephone: (214) 453-6500<br>Email: twalsh@winston.com<br><br>*Counsel for Defendant Comerica Bank* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE WOODBRIDGE<br>INVESTMENTS LITIGATION | Case No. 2:18-cv-00103-DMG-KS<br><br>**JOINT MOTION FOR STAY OF PROCEEDINGS**<br><br>Date: June 29, 2018<br>Time: 9:30 a.m.<br><br>Honorable Dolly M. Gee |

This is a consolidated class action brought by investors in the Woodbridge Group of Companies (collectively, "Woodbridge") asserting claims against Comerica Bank ("Comerica") for its alleged role in the Woodbridge Ponzi scheme.

The initial *Beynon* complaint was filed January 4, 2018 and asserted claims for aiding and abetting fraud, aiding and abetting breach of fiduciary duty, negligence, and violation of the Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq*. Additional cases were filed and consolidated by orders dated April 4, 2018 and May 10, 2018 (the "Consolidated Action"). Dkt. Nos. 39, 47. This Court set a deadline of June 28, 2018 for Plaintiffs to file a consolidated class action complaint. Dkt. No. 39.

In December 2017, Woodbridge filed for bankruptcy in the U.S. Bankruptcy Court for the District of Delaware (the "Woodbridge Bankruptcy"). On April 4, 2018, Comerica filed an adversary proceeding in the Woodbridge Bankruptcy seeking to enjoin the Consolidated Action, alleging among other things that Plaintiffs' claims in the Consolidated Action are derivative in nature and property of the Debtors in the Woodbridge Bankruptcy. Comerica moved for a preliminary injunction in the adversary proceeding, seeking to enjoin Plaintiffs from prosecuting the Consolidated Action. Plaintiffs opposed Comerica's motion. Debtors did not take a position on Comerica's motion.

At a hearing on Comerica's motion for a preliminary injunction enjoining the Consolidated Action held on May 15, 2018, the Hon. Kevin J. Carey, United States Bankruptcy Judge, encouraged the parties to negotiate an agreed order staying the Consolidated Action pending confirmation of Debtors' reorganization plan. Following negotiations between Debtors, Plaintiffs, and Comerica, the parties to the Comerica adversary proceeding submitted a Stipulation and Agreed Order (the "Stipulation") preliminarily enjoining the Consolidated Action pending further order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Bankruptcy Court entered the Stipulation on June 12, 2018. *See* Ex. A hereto.

Pursuant to the Stipulation, the parties agree, subject to a mutual reservation of rights, that the Consolidated Action will be enjoined pending further order of the Bankruptcy Court. Debtors believe their reorganization and liquidation plan will be confirmed by the Bankruptcy Court by late 2018 or early 2019. At that time, Plaintiffs will move the Bankruptcy Court to lift the injunction. Comerica intends to oppose Plaintiffs' motion.

Plaintiff has served on Debtors a subpoena for production of a substantial volume of documents previously produced by Debtors to the Securities and Exchange Commission (the "SEC Production"). Plaintiffs have agreed to make the SEC Production available to Comerica upon receipt. Dkt. No. 45. In addition, Comerica is subject to an order in the Bankruptcy Court for an examination under Rule 2004 of the Federal Bankruptcy Rules. Comerica consents — subject to Plaintiffs' agreement to be bound by the appropriate protective orders — to Plaintiffs receiving and reviewing the documents that will be produced by Comerica to the Debtors pursuant to the Rule 2004 examination order. While the parties vigorously dispute the merits of Plaintiffs' claims and Comerica's defenses thereto, they have agreed to the limited exchange of the documents described above during the pendency of the stay.

Accordingly, the parties respectfully request that this Court stay this action and remove this action from the Court's active caseload pending the Bankruptcy Court's order on Plaintiffs' motion to lift the injunction or further application of the parties. The parties propose to file a joint status report with this Court on December 15. If the Bankruptcy Court lifts the injunction preliminarily enjoining the Consolidated Action before that date, the parties will file a joint notice with this Court within thirty (30) days of such action.

Dated: June 15, 2018                    Respectfully submitted,

                                        By:     *Daniel C. Girard*
                                        Daniel C. Girard (SBN 114826)
                                        Jordan Elias (SBN 228731)

Adam E. Polk (SBN 273000)
Elizabeth A. Kramer (SBN 293129)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: 415.981.4800
Email: dcg@girardgibbs.com
Email: je@girardgibbs.com
Email: aep@girardgibbs.com
Email: eak@girardgibbs.com

*Lead Counsel for Plaintiffs*

By: _Thomas B. Walsh_
**WINSTON & STRAWN LLP**
Stephen R. Smerek (208343)
333 South Grand Avenue Suite 3800
Los Angeles, CA 90071
Email: ssmerek@winston.com

Thomas B. Walsh, IV (*pro hac vice*)
2501 North Harwood Street 17th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
Email: twalsh@winston.com

*Counsel for Defendant Comerica Bank*

**Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

By: _Daniel C. Girard_