# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |
| COMERICA BANK, | |
| Plaintiff, | |
| v. | |
| (1) JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, and FREDA B. LYNCH; (2) ROBERT J. PRINCE, LILLY SHIRLEY, and JOSEPH C. HULL; (3) LLOYD LANDMAN and NANCY LANDMAN; (4) ALAN GORDON and MARLENE GORDON; and (5) MARK BAKER, CORNERSTONE GROWTH, LP, LEONA POMROY, DENNIS RYAN, and CAROLE RYAN, | Adv. Pro. No. 18-50382 (KJC) |
| | Related to Adv. Docket No. 20 |
| Defendants. | |

## ORDER APPROVING STIPULATION WITH RESPECT TO COMERICA BANK'S MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the *Stipulation With Respect to Plaintiff's Motion For a Preliminary Injunction* (the "Stipulation") between (i) Comerica Bank and (ii) Jay Beynon Family Trust DTD 10/23/1998, Richard J. Carli, Lois M. Carli, Albert M. Lynch, Freda B. Lynch, Robert J. Prince, Lilly Shirley, Joseph C. Hull, Lloyd Landman, Nancy Landman, Alan Gordon, Marlene Gordon,

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors (the "Debtors") in these cases (these "Chapter 11 Cases"), which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting counsel for the Debtors.

{01332666;v1 }

Mark Baker, Cornerstone Growth, LP, Leona Pomroy, Dennis Ryan, and Carole Ryan; and due and sufficient notice of the Stipulation having been given under the circumstances; and it appearing that no other or further notice needs to be provided; and upon the record therein; and the Court having determined that sufficient cause exists to approve the Stipulation; and after due deliberation thereon and good and sufficient cause appearing, therefore it is hereby:

ORDERED that the Stipulation attached hereto as Exhibit 1 is hereby approved; and it is further

ORDERED that this Court shall retain jurisdiction over all matters related to the implementation of this Order.

Dated: June 12, 2018
Wilmington, Delaware

The Honorable Kevin J. Carey
United States Bankruptcy Judge

**Exhibit 1**

**(Stipulation)**

{01332666;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| COMERICA BANK,<br><br>    Plaintiff,<br><br>v.<br><br>(1) JAY BEYNON FAMILY TRUST DTD 10/23/1998, RICHARD J. CARLI, LOIS M. CARLI, ALBERT M. LYNCH, and FREDA B. LYNCH; (2) ROBERT J. PRINCE, LILLY SHIRLEY, and JOSEPH C. HULL; (3) LLOYD LANDMAN and NANCY LANDMAN; (4) ALAN GORDON and MARLENE GORDON; and (5) MARK BAKER, CORNERSTONE GROWTH, LP, LEONA POMROY, DENNIS RYAN, and CAROLE RYAN,<br><br>    Defendants. | Adv. Pro. No. 18-50382 (KJC) |

**STIPULATION WITH RESPECT TO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Comerica Bank ("Plaintiff"), and Jay Beynon Family Trust DTD 10/23/1998, Richard J. Carli, Lois M. Carli, Albert M. Lynch, Freda B. Lynch, Robert J. Prince, Lilly Shirley, Joseph C. Hull, Lloyd Landman, Nancy Landman, Alan Gordon, Marlene Gordon, Mark Baker,

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Blvd #302, Sherman Oaks, California 91423. Due to the large number of debtors (the "Debtors") in these cases (these "Chapter 11 Cases"), which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting counsel for the Debtors.

Cornerstone Growth, LP, Leona Pomroy, Dennis Ryan, and Carole Ryan ("Defendants" and together with the Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157 and the Amended Standing Order of Reference dated as of February 29, 2012 from the United States District Court for the District of Delaware.

2. On April 4, 2018, Plaintiff commenced this adversary proceeding (the "Adversary Proceeding") with the filing of a complaint [Adv. Pro. Docket No. 1] (the "Complaint") and the filing of a motion [Adv. Docket No. 3] (the "Motion"), pursuant to sections 105 and 362 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 7001 and 7065 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").[2]

3. Until further order of this Court, the continued prosecution of the Class Actions is hereby preliminarily enjoined and stayed.

4. Notwithstanding the foregoing, the Defendants may (i) obtain the production of the materials that the Debtors provided to the SEC and other relevant documents in the possession, custody or control of the Debtors (and Defendants shall provide any such production to Comerica contemporaneously upon receipt), and (ii) engage in discussions and negotiations with the Debtors and their retained professionals, including, without limitation, any Liquidation Trustee appointed pursuant to a confirmed plan of liquidation in these Chapter 11 Cases, with respect to the assignment of causes of action belonging to the estates of the Debtors.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to those terms in the Complaint, the Motion and the pleadings filed in the Adversary Proceeding in support and in opposition to the Motion.

5. This Court shall retain jurisdiction and power with respect to all matters arising from or related to the interpretation and implementation of this Stipulation.

6. The parties reserve their respective positions except as otherwise set forth herein. This stipulation shall not be construed as an admission concerning any of the claims or allegations contained in the complaint in this action or any defense thereto.

Dated: June 11, 2018
Wilmington, Delaware

| | |
|---|---|
| ASHBY & GEDDES, P.A. | MANNING GROSS + MASSENBURG LLP |
| By: /s/ F. Troupe Mickler IV | By: /s/ Marc J. Phillips |
| William P. Bowden (#2553) | Marc J. Phillips (Bar No. 4445) |
| F. Troupe Mickler IV (#5361) | 1007 North Orange Street, 10th Floor |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19801 |
| P.O. Box 1150 | Telephone: (302) 504-6803 |
| Wilmington, Delaware 19899-1150 | Facsimile: (302) 657-2104 |
| Telephone: (302) 654-1888 | Email: mphillips@mgmlaw.com |
| Facsimile: (302) 654-2067 | |
| Email: wbowden@ashbygeddes.com | and |

ASHBY & GEDDES, P.A.

By: /s/ F. Troupe Mickler IV
William P. Bowden (#2553)
F. Troupe Mickler IV (#5361)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: wbowden@ashbygeddes.com

and

WINSTON & STRAWN LLP
David Neier, Esq.
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: dneier@winston.com

Aaron Gober-Sims, Esq.
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750
Email: agobersims@winston.com

*Attorneys for Plaintiff*

MANNING GROSS + MASSENBURG LLP

By: /s/ Marc J. Phillips
Marc J. Phillips (Bar No. 4445)
1007 North Orange Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 504-6803
Facsimile: (302) 657-2104
Email: mphillips@mgmlaw.com

and

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com

and

Thomas R. Lehman
Jeffrey C. Schneider
LEVINE KELLOGG LEHMAN SCHNEIDER
+ GROSSMAN LLP
201 South Biscayne Boulevard, 22nd Floor,
Citigroup Center
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789
Email: trl@lklsg.com
Email: jcs@lklsg.com

*Attorneys for Defendants*