**STAYED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| *IN RE WOODBRIDGE INVESTMENTS LITIGATION* | Case No.: CV 18-103-DMG (KSx)<br><br>**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS [51]** |

Having considered the Joint Motion for Stay of Proceedings, and finding good cause, IT IS HEREBY ORDERED that the Joint Motion for Stay Proceedings is GRANTED.

All further proceedings in the above-captioned action are STAYED pending an order from the U.S. Bankruptcy Court for the District of Delaware on Plaintiffs' motion to lift the injunction or further application of the parties. The parties shall file a joint status report by no later than December 14, 2018.

DATED: June 18, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-