Daniel C. Girard (Bar No. 114826)
Jordan Elias (Bar No. 228731)
Elizabeth A. Kramer (Bar No. 293129)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Email: dgirard@girardsharp.com
Email: jelias@girardsharp.com
Email: ekramer@girardsharp.com

*Lead Counsel for Plaintiffs*

**WINSTON & STRAWN LLP**
Stephen R. Smerek (208343)
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071
Telephone: (213) 615-1735
Email: ssmerek@winston.com

Thomas B. Walsh, IV (*pro hac vice*)
2501 North Harwood Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
Email: twalsh@winston.com

*Counsel for Defendant Comerica Bank*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| *IN RE WOODBRIDGE INVESTMENTS LITIGATION* | Case No. 2:18-cv-00103-DMG-KS<br><br>**JOINT STATUS REPORT**<br><br>Date: December 14, 2018<br><br>Honorable Dolly M. Gee |

This consolidated action is a putative class action brought on behalf of investors in the Woodbridge Group of Companies (collectively, "Woodbridge"), asserting claims against Comerica Bank ("Comerica") for its alleged role in the Woodbridge Ponzi scheme. On June 18, 2018, this Court granted the parties' joint motion to stay all further proceedings pending an order from the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on the class plaintiffs' anticipated motion to lift the bankruptcy stay in the related Woodbridge Bankruptcy, and ordered the parties to submit a status report by December 14, 2018. Accordingly, the parties respectfully submit the following update:

- On October 26, 2018, the Bankruptcy Court entered an order confirming the Woodbridge Chapter 11 plan of liquidation. Counsel for debtors have represented that they anticipate emerging from Chapter 11 bankruptcy, and commencing initial cash distributions, in the first quarter of 2019.[1]
- Class plaintiffs presently anticipate moving to lift the Bankruptcy Court stay no later than February 1, 2019. Comerica intends to oppose.

The parties do not request any further action from the Court at this time, and jointly propose filing a further status report with this Court on March 15, 2019. If the Bankruptcy Court lifts the injunction preliminarily enjoining this consolidated action before that date, the parties will file a joint notice with this Court within seven (7) days.

Dated: December 14, 2018

Respectfully submitted,

By: /s/   Daniel C. Girard
Daniel C. Girard (SBN 114826)
Jordan Elias (SBN 228731)
Elizabeth A. Kramer (SBN 293129)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108

---

[1] *See* Notice Regarding Time of Plan Effective Date, available at http://cases.gardencitygroup.com/wgc/.

Telephone: 415.981.4800
Email: dgirard@girardsharp.com
Email: jelias@girardsharp.com
Email: ekramer@girardsharp.com

*Lead Counsel for Plaintiffs*

By: __/s/  Thomas B. Walsh__
**WINSTON & STRAWN LLP**
Stephen R. Smerek (208343)
333 South Grand Avenue Suite 3800
Los Angeles, CA 90071
Telephone: (213) 615-1735
Email: ssmerek@winston.com

Thomas B. Walsh, IV (*pro hac vice*)
2501 North Harwood Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 453-6500
Email: twalsh@winston.com

*Counsel for Defendant Comerica Bank*

## Attestation

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer attests that the other signatory listed, on whose behalf the filing is submitted, concurs in this filing's content and has authorized this filing.

By: __Daniel C. Girard__