Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
Makenna Cox (State Bar No. 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*ttan@girardsharp.com*
*mcox@girardsharp.com*

*Interim Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

IN RE WOODBRIDGE INVESTMENTS LITIGATION

Case No. 2:18-cv-00103-DMG-MRW

**DECLARATION OF PLAINTIFF JOSEPH C. HULL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Dolly M. Gee
Courtroom: 8C, 8th Floor
Trial Date: January 11, 2022

I, Joseph C. Hull, hereby declare under penalty of perjury:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I make this declaration based on my personal knowledge and, if called upon to do so, could testify to the matters stated below.

2. I am a resident and citizen of Media, Pennsylvania. I am 48 years old and I am a small business owner. I invested in Woodbridge Mortgage Investment Fund 2, LLC; Woodbridge Mortgage Investment Fund 3, LLC; and Woodbridge Mortgage Investment Fund 3A, LLC. My total investments in Woodbridge were $950,000. I would never have invested if I had known that Woodbridge was operating as a Ponzi scheme. My money remained invested with Woodbridge through December 4, 2017, when the Woodbridge companies filed for bankruptcy.

3. The money I invested in Woodbridge was deposited with Comerica on or about August 28, 2014, November 11, 2014, July 10, 2015, and September 20, 2016. Representative copies of the checks showing my investments are attached hereto as **Exhibits A, B,** and **C**. I received some money back from Woodbridge, which I believed at the time were returns earned on my investments. I also received distributions from the Liquidation Trust after the Woodbridge bankruptcy. Even after these repayments, my net loss is over $600,000.

4. The money that I received from Woodbridge was paid from Comerica accounts. Attached hereto as **Exhibits D** and **E** are copies of checks showing payments out of "Comerica Bank – California" accounts that Woodbridge made to me. I understand now that these payments were made using money obtained from other Woodbridge investors.

5. I have agreed to serve as a Class representative in this action against Comerica Bank for its role in assisting Woodbridge's fraud and breaches of fiduciary duty. I understand that, as a Class representative, I will be called upon to review case-related documents when asked by my attorneys and the Court, to provide relevant documents, information, and testimony, and to communicate regularly with my attorneys to monitor the case and respond to their questions and requests.

6. I have actively supervised the progress of this litigation and participated in its prosecution. Among other things, I have:

a. Discussed the factual and legal theories of the case with my attorneys;

b. Reviewed the operative complaint and other case materials;

c. Responded to discovery served by Comerica Bank and produced documents as necessary;

d. Appeared for and testified at a deposition; and

e. Stayed informed about the status of the litigation.

7. I will continue supervising and participating in this litigation to ensure it is vigorously and responsibly pursued in the interests of justice. I will testify at trial if necessary.

8. I understand that in my role as Class representative, I owe a duty to all members of the Class to make decisions in their best interest. I am not aware of any conflict that would interfere with my ability to fairly and adequately represent the Class of Woodbridge investors.

Executed this 9th day of April, 2021 in Media, PA.

Joseph Hull
Joseph Hull (Apr 9, 2021 16:57 EDT)

# EXHIBIT A

JOSEPH C HULL
[redacted]
MEDIA, PA 19063

458

3-5/310
243

7/7/14
Date

FRAUDARMOR

Pay to the Order of Woodbridge Mortgage Investment Fund 3 LLC $ 150,000 00

One hundred fifty thousand & no/100 Dollars

Security Features Details on Back.

PNCBANK

PNC Bank, N.A. 020

For

MP

[redacted] 0458

Harland Clarke

# EXHIBIT B

JOSEPH C HULL
MEDIA, PA 19063
465
3-5/310
243
08/28/14
Date
FRAUDARMOR
Pay to the Order of Woodbridge
$ 250,000.00
Two Hundred Fifity Thousand
Dollars
Security Features Details on Back.
PNCBANK
PNC Bank, N.A. 020
For
MP
0465
Harland Clarke

# EXHIBIT C

JOSEPH C HULL

MEDIA, PA 19063

485

3-5/310
243

11/11/14 Date

FRAUDARMOR

Pay to the Order of Woodside MIF3 $ 250,000

Two Hundred Fifty Thousand —— and 00/00 Dollars

Security Features Details on Back.

PNCBANK

PNC Bank, N.A. 020

For WBREF3

MP

0485

Harland Clarke

# EXHIBIT D

59985

VOID VOID VOID VOID

**WOODBRIDGE MORTGAGE INV FUND 3, LLC**
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423

COMERICA BANK-CALIFORNIA

90-3752/1211

7/18/2017

VOID VOID

PAY TO THE ORDER OF JOSEPH C HULL $ **2,083.33

Two Thousand Eighty-Three and 33/100********************************************************************************************** DOLLARS

JOSEPH C HULL
[REDACTED]
MEDIA, PA 19063

AUTHORIZED SIGNATURE

Security features. Details on back.

MEMO
MTG3 UNIT #2 - INT JUL

⑈059985⑈ ⑆121137522⑆ [REDACTED]2992⑈



CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CONFIDENTIAL WBPLAINTIFF_HULL_000020

59984

VOID VOID VOID VOID

**WOODBRIDGE MORTGAGE INV FUND 3, LLC**
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423

COMERICA BANK-CALIFORNIA

90-3752/1211

7/18/2017

VOID VOID

PAY TO THE ORDER OF JOSEPH C HULL

$ **1,666.67

One Thousand Six Hundred Sixty-Six and 67/100************************************************************************** DOLLARS

Security features. Details on back.

JOSEPH C HULL
[REDACTED]
MEDIA, PA 19063

AUTHORIZED SIGNATURE

MEMO
MTG3 UNIT #1 - INT JUL

⑈059984⑈ ⑆121137522⑆ [REDACTED]2992⑈

CHECK HERE IF THIS IS A MOBILE OR REMOTE DEPOSIT

DATE 08/04/17

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

# EXHIBIT E





59984
WOODBRIDGE MORTGAGE INV FUND 3, LLC
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423
COMERICA BANK-CALIFORNIA
90-3752/1211
7/18/2017
PAY TO THE ORDER OF JOSEPH C HULL
$ **1,666.67
One Thousand Six Hundred Sixty-Six and 67/100****************************************************************************** DOLLARS
JOSEPH C HULL
MEDIA, PA 19063
MEMO
MTG3 UNIT #1 - INT JUL
AUTHORIZED SIGNATURE
Security features. Details on back.

59985
WOODBRIDGE MORTGAGE INV FUND 3, LLC
14225 VENTURA BLVD., SUITE 100
SHERMAN OAKS, CA 91423
COMERICA BANK-CALIFORNIA
90-3752/1211
7/18/2017
PAY TO THE ORDER OF JOSEPH C HULL
$ **2,083.33
Two Thousand Eighty-Three and 33/100**************************************************************************************** DOLLARS
JOSEPH C HULL
MEDIA, PA 19063
MEMO
MTG3 UNIT #2 - INT JUL
AUTHORIZED SIGNATURE
Security features. Details on back.

CONFIDENTIAL WBPLAINTIFF_HULL_000026