Daniel C. Girard (State Bar No. 114826)
Jordan Elias (State Bar No. 228731)
Trevor T. Tan (State Bar No. 281045)
Makenna Cox (State Bar No. 326068)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
*dgirard@girardsharp.com*
*jelias@girardsharp.com*
*ttan@girardsharp.com*
*mcox@girardsharp.com*

*Interim Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE WOODBRIDGE INVESTMENTS LITIGATION | Case No. 2:18-cv-00103-DMG-MRW<br><br>**DECLARATION OF PLAINTIFF LILLY A. SHIRLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Dolly M. Gee<br>Courtroom: 8C, 8th Floor<br>Trial Date: January 11, 2022 |

1

I, Lilly A. Shirley, hereby declare under penalty of perjury:

1. I respectfully submit this declaration in support of Plaintiffs' Motion for Class Certification. I make this declaration based on my personal knowledge and, if called upon to do so, could testify to the matters stated below.

2. I am a resident and citizen of Harriman, Tennessee. I am 70 years old and I am a retired special education teacher. I invested in Woodbridge Mortgage Investment Fund 4, LLC and Woodbridge Mortgage Investment Fund 3A, LLC. My total investments in Woodbridge were $529,510. I would never have invested had I known that Woodbridge was operating as a Ponzi scheme. My money remained invested with Woodbridge through December 4, 2017, when the Woodbridge companies filed for bankruptcy.

3. The money I invested in Woodbridge was deposited with Comerica on or about August 9, 2017, August 16, 2017 and October 18, 2017. Representative copies of the wire transfers and checks showing that my money went to Comerica are attached hereto as **Exhibit A** and **B**. I received some money back from Woodbridge, which I believed at the time were returns earned on my investments. I also received distributions from the Woodbridge bankruptcy. Even after these repayments, I have lost over $390,000.

4. I have agreed and am committed to serve as a Class representative in this action against Comerica Bank for assisting in Woodbridge's fraud and breaches of fiduciary duty. I understand that, as a Class representative, I will be called upon to review case-related documents when asked by my attorneys and the Court, to provide relevant documents, information, and testimony, and to communicate regularly with my attorneys to monitor the case and respond to their questions and requests.

5. I have actively supervised the progress of this litigation and participated in its prosecution. Among other things, I have:

    a. Discussed the factual and legal theories of the case with my attorneys;
    b. Reviewed the operative complaint and other case materials;
    c. Responded to discovery served by Comerica Bank and produced documents as necessary;

2

DECLARATION OF PLAINTIFF LILLY A. SHIRLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 2:18-CV-00103-DMG-MRW

d.  Appeared for and testified at a deposition; and

e.  Remained informed about the status of the litigation.

6. I will continue supervising and participating in this litigation to ensure it is vigorously and responsibly pursued in the interests of justice. I will testify at trial if necessary.

7. I understand that in my role as Class representative, I owe a duty to all members of the Class to make decisions in their best interest. I am not aware of any conflict that would interfere with my ability to fairly and adequately represent the Class of Woodbridge investors.

Executed this 9th day of April, 2021 in Harriman, Tennessee


Lilly Shirley (Apr 9, 2021 18:15 EDT)

3

DECLARATION OF PLAINTIFF LILLY A. SHIRLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
CASE NO. 2:18-CV-00103-DMG-MRW

EXHIBIT A

| | |
|---|---|
| **LILLY ABBITT SHIRLEY** | 87-4/640    1009 |
| HARRIMAN, TN 37748 | Date 8/18/17 |

Pay to the order of  Woodbridge Mortgage Investment Fund 4 LLC    $235,000.00

Two hundred thirty-five thousand & 00/100 — Dollars

SunTrust    ACH RT 061000104

Memo _____

1009

EXHIBIT B

# Mainstar Trust | guide your future

# PURCHASE AUTHORIZATION

Forward to:
214 West 9th Street
PO Box 420
Onaga, KS 66521-0420
Phone: 800.521.9897 Fax: 785.889.7169
Email: Purchases@mainstartrust.com

**Please Print or Type**

## Purchase Details

Account Name: Lilly A. Shirley
Account Number: ▉▉▉▉▉
Asset Name: Woodbridge Mtg Inv Fund 4, LLC
CUSIP Number (if available): _____
Units/Quantity: NA
Unit Price: _____
Gross Cost: 269,510.00
Broker: _____
Trade Date (if applicable): _____
Settle Date (if applicable): _____

☐ Dividend Reinvest   ☐ Dividend Cash
*If no box is marked, dividends will reinvest.*

## Settlement Instructions (Check One)

☐ Send Funds by Check (default)

☒ Send Funds by Wire  **All Fields Are Required**
(wire processing fee will be assessed)

Payable To: _____
Mailing Address: _____

Bank Name: Comerica Bank
Bank Address: 12050 Ventura Blvd., Suite 105A
Studio City, CA 91604

Check below if overnight delivery for checks or wired purchase paperwork is requested

☐ Overnight Delivery (an overnight fee will be assessed)
☐ Use my overnight Account (no fee will be assessed)
Company _____ AC# _____
Zip _____

ABA Routing Number: 121137522
Bank Account Number: ▉▉▉▉2703
Receiving Account Name: Woodbridge Mortgage Inv Fund 4, L
Receiving Account Address: 14225 Ventura Blvd #100
Receiving Account City/State: Sherman Oaks, CA
Receiving Account Phone: (818) 386-6300

If Applicable: This following section **must** be filled out completely if assigning a financial adviser to mutual funds being purchased:

Name of Advisor: _____
Advisor ID number: _____
Address: _____
Branch Number: _____
City State ZIP: _____
Name of Broker-Dealer: _____

SPECIAL INSTRUCTIONS: Beyond transferring the cash as specified above and maintaining custody of the above-described assets and the documents listed below, Mainstar Trust is under no obligation to take any further action with respect to the completion or documentation of this transaction. The only instruments or documents that Mainstar Trust is to obtain and hold (or to record if so indicated below) in connection with this transaction and the assets being acquired are as follows:

## Suitability of Investment

By signing this form, I acknowledge that this account is self-directed and that I am solely responsible for the investment outcomes within the account, and further acknowledge the following provisions with respect to my account.

*Suitability Requirements* - I have had the opportunity to review this transaction with tax, legal, financial and/or other advisors of my choice and am satisfied that I meet all suitability requirements imposed by the investment entity and the investment is suitable for this account. I understand that if the investment is not publicly traded, redemptions of said investment may be limited and I have considered these factors and IRA requirements such as required minimum distributions when determining the suitability of this investment for my account. I understand that Mainstar Trust does not make any determination with respect to whether the transaction meets any of the suitability requirements of the offering. Further, I understand that Mainstar Trust has no duty to conduct any suitability analysis on my behalf.

*Funding* - I understand that it is my responsibility to ensure that sufficient funds are available for the initial purchase. If the investment contains a provision for subsequent payments, I acknowledge that such payments are the responsibility of my account. Prior to any such subsequent payments, Mainstar Trust must receive written direction from me or my designated representative. I further agree to indemnify Mainstar Trust from all payments or assessments that may result from holding the investment within my account. I understand that Mainstar Trust is under no obligation to extend credit to my account or otherwise disburse payment beyond the cash balance of my account for any payment or assessment related to the investment.

Revised 12-2015

Page 1 of 2

CONFIDENTIAL   WBPLAINTIFF_SHIRLEY_000097