UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-103-DMG (MRWx) | Date | September 3, 2021 |

Title  *In Re Woodbridge Investments Litigation*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| David C. Girard | Gayle I. Jenkins |
| Jonathan Weiss | Thomas B. Walsh, IV |
| Jeff S. Westerman | |
| Makenna Cox | |
| Jason Kellogg | |
| Jeffrey C. Schneider | |
| Robert J. Neary - Tele | |

**Proceedings: Plaintiffs' Unopposed Motion for Preliminary Settlement Approval [188]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court and counsel confer. Following discussions with counsel, Plaintiffs' Unopposed Motion for Preliminary Class Action Settlement Approval [Doc. # 188] is GRANTED for the reasons stated on the record. The Court requests that Plaintiffs' counsel arrange for a website where information related to this class action settlement can be viewed by class members. A written order will issue.

Counsel shall e-mail to the clerk the finalized notice in Word format for the Court to review. The hearing on Plaintiffs' motion for final approval of class action settlement will be held on **December 17, 2021 at 10:00 a.m.** All other scheduled deadlines and hearings are STAYED.

:29